UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZURITY PHARMACEUTICALS, INC.,<br>Plaintiff,<br><br>v.<br><br>MICHAEL GITOMER and<br>SHORLA ONCOLOGY, INC.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:26-cv-5958 |

**O R D E R**

**AND NOW**, this 23rd day of October, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiff's Renewed Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 27, is **granted in part, as follows**:

   a. Defendants are enjoined from retaining, disclosing, disseminating, copying, or using Plaintiff's confidential, proprietary, and/or trade secret information and materials, and must return any such information in their possession and/or control to Plaintiff;

   b. Defendants are enjoined from any further and/or additional effort to access and/or obtain any of Plaintiff's confidential, proprietary, and trade secret information;

   c. Defendants shall preserve without deletion and/or alteration all information which may be relevant to any of the claims set forth in Plaintiff's Amended Complaint including, but not limited to, communications (in any form) and/or

any reference to Plaintiff and its confidential, proprietary, and trade secret information;

d. The violation by Defendants of any provision of this Order may give rise to a finding of contempt and/or the imposition of other appropriate sanctions.

2. Plaintiff's Motion for Expedited Hearing, ECF. No. 28, is **DENIED**.

3. Plaintiff's Motion for Limited Expedited Discovery, ECF No. 29, is **DENIED**.

4. Plaintiff's Motion for Clarification, ECF No. 43, is **DENIED**.

5. Plaintiff's Emergency Motion for Injunction Pending Appeal, ECF No. 51, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_________
JOSEPH F. LEESON, JR.
United States District Judge